565-06/GMV
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant Maersk
80 Pine Street
New York, New York 10005
(212) 425-1900

Gina M. Venezia (GM 1551)
Pamela L. Schultz (PS 0335)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTON MCNAUGHTON OF SQUIRE, INC., JONES APPAREL GROUP, INC.,<br>                 Plaintiffs<br><br>- against -<br><br>M/V MARGRETHE MAERSK, in rem, Maersk Line, Maersk Sealand,<br>                 Defendants. | Civil Action No. 07-CV-3716 (RWS)<br><br>**NOTICE OF APPEARANCE** |

SIRS:

      Please enter the additional appearance of the undersigned on behalf of Defendant A.P. MOLLER-MAERSK A/S (incorrectly named as "Maersk Line, Maersk Sealand" in Plaintiff's Complaint, trading as "Maersk Line") to receive ECF notices in the above matter.

      We certify that we are admitted to practice in this Court.

DATED:    New York, New York
                May 23, 2007

                                            Respectfully submitted,

                                            /s/ Gina M. Venezia
                                            Gina M. Venezia (GV 1551)
                                            Pamela L. Schultz (PS 0335)
                                            FREEHILL HOGAN & MAHAR, LLP
                                            850 Bergen Avenue
                                            Jersey City, New Jersey 07306
                                            (ph) (973) 623-5514
                                            Attorneys for Defendant
                                            A.P. MOLLER-MAERSK A/S

NYDOCS1/283781.1

TO:   Duane Morris LLP
      Attorney for Plaintiffs
      744 Broad Street
      Suite 1200
      Newark, New Jersey 07102-3889
      (973) 424-2000
      jwcarbin@duanemorris.com
      amryder@duanemorris.com