# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

ALISSA M. RYDER
DIRECT DIAL: 973.424.2025
E-MAIL: amryder@duanemorris.com

www.duanemorris.com

September 4, 2007


RECEIVED SEP 0 4 2007 JUDGE SWEET CHA[M]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

VIA FACSIMILE (212) 805-7925

The Honorable Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007

Re: **Norton McNaughton of Squire, Inc., Jones Apparel Group, Inc. v. M/V Margrethe Maersk**
Case No: Civ. Action 06-3386  07-3716 (RWS)
DM File No.: K0133-00020 (R)

Dear Judge Sweet:

We represent Plaintiffs Norton McNaughton of Squire and Jones Apparel Group, Inc. ("Plaintiffs") in the captioned action.

We write with the consent of all parties to request an extension of discovery for 60 days. Discovery is presently set to expire September 4, 2007. The parties have exchanged discovery by means of answers to document requests and interrogatories, however further discovery and depositions remain outstanding. Therefore, we respectfully request that Your Honor grant a new discovery end date in this matter. This is the first request for an adjournment of the discovery schedule in this matter. Thank you.

So ordered
Sweet
USDJ
9.7.07

Respectfully,

Alissa M. Ryder /TR

Alissa M. Ryder

cc: Gina Venezia Freehill Hogan & Mahar (via Facsimile)

DUANE MORRIS LLP    A DELAWARE LIMITED LIABILITY PARTNERSHIP                    WALTER J. GREENHALGH, RESIDENT PARTNER
744 BROAD STREET, SUITE 1200    NEWARK, NJ 07102-3889                                PHONE: 973.424.2000    FAX: 973.424.2001