USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

NORTON McNAUGHTON OF SQUIRE, INC. AND
JONES APPAREL GROUP, INC.,

        Plaintiff,

 - against -

M/V MARGRETHE MAERSK,

        Defendant.

-------------------------------------X

07 Civ. 3716 (RWS)

O R D E R

**Sweet, D.J.,**

    The letter of Plaintiffs dated November 5, 2007 will be heard at noon on Wednesday, November 14, 2007, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**November 5, 2007**

_____
ROBERT W. SWEET
U.S.D.J.