565-06/GMV
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant Maersk
80 Pine Street
New York, New York 10005
(212) 425-1900
William J. Pallas (WP6201)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTON MCNAUGHTON OF SQUIRE, INC., JONES APPAREL GROUP, INC.,<br>Plaintiffs<br><br>- against -<br><br>M/V MARGRETHE MAERSK, in rem, Maersk Line, Maersk Sealand,<br>Defendants. | Civil Action No. 07-CV-3716 (RWS)<br><br>**NOTICE OF APPEARANCE** |

SIRS:

    Please enter the additional appearance of the undersigned on behalf of Defendant A.P. MOLLER-MAERSK A/S (incorrectly named as "Maersk Line, Maersk Sealand" in Plaintiff's Complaint, trading as "Maersk Line") to receive ECF notices in the above matter.

    I certify that I am admitted to practice in this Court.

DATED:   New York, New York
              November 7, 2007

                                  Respectfully submitted,

                                  William J. Pallas (WP6201)
                                  FREEHILL HOGAN & MAHAR, LLP
                                  80 Pine Street
                                  New York, New York 10005
                                  (212) 425 1900
                                  Attorneys for Defendant
                                  A.P. MOLLER-MAERSK A/S

TO:    Duane Morris LLP
Attorney for Plaintiffs
744 Broad Street
Suite 1200
Newark, New Jersey 07102-3889
(973) 424-2000
jwcarbin@duanemorris.com
amryder@duanemorris.com