**DUANE MORRIS** LLP
James W. Carbin
Alissa M. Ryder
744 Broad Street
Newark, N.J. , NY 07102
973.424.2000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTON MCNAUGHTON OF SQUIRE, INC., JONES APPAREL GROUP, INC.,<br><br>                          Plaintiffs<br><br>- against -<br><br><br>M/V MARGRETHE MAERSK, in rem, Maersk Line, Maersk Sealand,<br>                                      Defendants. | Civil Action No. 07-CV-3716 (RWS)<br><br>**CERTIFICATE OF SERVICE** |

    The undersigned counsel for Plaintiffs NORTON MCNAUGHTON OF SQUIRE, INC., JONES APPAREL GROUP, INC. hereby certifies that on November 19, 2007, a true and correct copy of the Plaintiffs Notice of Cross-Motion for Partial Summary Judgment, Rule 56.1 Statement, Memorandum of Law in Support of Cross-Motion for Partial Summary Judgment, and Declaration of James W. Carbin, Esq. with Exhibits, were electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

2

The undersigned further certifies that on November 19, 2007 a true and correct copy of Plaintiffs Memorandum of Law in opposition to Defendants M/V MARGRETHE MAERSK, in rem, Maersk Line, Maersk Sealand ("Defendants") Motion for Summary Judgment, and Response to Defendants Rule 56.1 Statement, were electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record

        **DUANE MORRIS LLP**
        a Delaware Limited Liability Partnership

        By: /s/ James W. Carbin
            James W. Carbin (JC-5004)
            744 Broad Street, Suite 1200
            Newark, N.J. 07102
            973.424.2000
            Attorneys for Plaintiffs

Dated: November 19, 2007