**DUANE MORRIS LLP**
James W. Carbin
Alissa M. Ryder
744 Broad Street
Newark, N.J. , NY 07102
973.424.2000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTON MCNAUGHTON OF SQUIRE, INC., JONES APPAREL GROUP, INC., <br><br>                    Plaintiffs <br><br> - against - <br><br><br> M/V MARGRETHE MAERSK, in rem, Maersk Line, Maersk Sealand, <br>                              Defendants. | Civil Action No. 07-CV-3716 (RWS) <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**WHEREAS,** this matter having been brought before the Court by Duane Morris, LLP, attorneys for Plaintiffs NORTON MCNAUGHTON OF SQUIRE, INC., JONES APPAREL GROUP, INC, upon notice to attorneys for Defendants M/V MARGRETHE MAERSK, in rem, Maersk Line, Maersk Sealand ("Defendants") for an entry of an order granting Plaintiffs' Cross-Motion for Partial Summary Judgment finding Defendants liable for the damaged ladies garments as a matter of law under the Carriage of Goods by Sea Act of 1936, 46 U.S.C. 1304(5) ("COGSA");

**WHEREAS**, the Court having considered the parties' submissions; and the arguments of counsel; and for good cause shown:

2

**IT IS**  on this _____ day of _____ 2007;

**ORDERED** that Plaintiffs' Motion for Summary Judgment shall be, and hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendants' motion for Partial Summary Judgment limiting Plaintiffs' damages to $500.00 per package based on the package limitation provisions of COGSA  is **DENIED**;

**IT IS FURTHER ORDERED** that counsel for Plaintiffs shall serve a copy of this Order upon all parties within seven (7) days of the date hereof.

_____
ROBERT W. SWEET, U.S.D.J.