# EXHIBIT 1

**PYL APPAREL LIMITED**
RM1101-02, 11/F, STELUX HOUSE 698 PRICE EDWARD
RD.EAST, SAN PO KONG, KOWLOON
TELEPHONE : (852) 2328 5595
FAX :        (852) 2352 0211

JHS458
5 3 55

DATE : 12 APR., 2005

### INVOICE NO. PYL-019/05-06

SOLD TO :                                    FROM HONG KONG TO : SOUTH HILL, U.S.A.

┌ NORTON MCNAUGHTON OF SQUIRE, INC.        SHIPPED PER S.S.: MARGRETHE MAERSK
  453 SEVENTH AVENUE, NEW YORK,                V.0505
  NEW YORK 10018, U.S.A.          ┐          DATE SHIPPED ON/AB  12 APR., 2005

GROUP :    PACIFIC ISLE 5/30          DESCRIPTION

SHIPPING MARKS

GARMENT
ON
HANGER

STYLE NO. JJACWYND,JLACWYND,JJACXYBX,JLACXYBX
LADIES' 100% POLYESTER WOVEN SKIRT.
HARMONIZED CODE : 6204.533010                    CATEGORY NUMBER : 642

| | | | | HANGER | | GARMENT FOB | | |
| PO# | STYLE# | HANGER# | QTY | U/PRICE | U/PRICE | U/PRICE | | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| W2018513 | JJACWYND | 6212 | 348 | US$ 0.208 | US$ 5.694 | US | 5.90 | US | 2,053.20 |
| W2017518 | JJACWYND | 6212 | 6,798 | US$ 0.208 | US$ 5.694 | US | 5.90 | US | 40,108.20 |
| W2017522 | JLACWYND | 6212 | 2,760 | US$ 0.208 | US$ 5.554 | US | 5.76 | US | 15,897.60 |
| W2018514 | JJACXYBX | 6212 | 380 | US$ 0.208 | US$ 6.744 | US | 6.95 | US | 2,641.00 |
| W2017519 | JJACXYBX | 6212 | 6,853 | US$ 0.208 | US$ 6.744 | US | 6.95 | US | 47,628.35 |
| W2017523 | JLACXYBX | 6212 | 2,760 | US$ 0.208 | US$ 6.164 | US | 6.37 | US | 17,581.20 |
| | | | 19,899 PCS | | | | US | 125,909.55 |

STYLE NO. JJACWYNC,JLACWYNC
LADIES' 100% POLYESTER WOVEN BLOUSE.
HARMONIZED CODE : 6206.403030                    CATEGORY NUMBER : 641

| | | | | HANGER | | GARMENT FOB | | |
| PO# | STYLE# | HANGER# | QTY | U/PRICE | U/PRICE | U/PRICE | | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| W2018515 | JJACWYNC | 484 | 380 | US$ 0.135 | US$ 4.205 | US | 4.34 | US | 1,649.20 |
| W2017520 | JJACWYNC | 484 | 3,452 | US$ 0.135 | US$ 4.205 | US | 4.34 | US | 14,981.68 |
| W2017521 | JLACWYNC | 484 | 2,718 | US$ 0.135 | US$ 4.015 | US | 4.15 | US | 11,279.70 |
| | | | 6,550 PCS | | | | US | 27,910.58 |

STYLE NO. JJACXYNC,JLACWYNC
LADIES' 100% POLYESTER WOVEN TOP.
HARMONIZED CODE : 6211.430091                    CATEGORY NUMBER : 659

| | | | | HANGER | | GARMENT FOB | | |
| PO# | STYLE# | HANGER# | QTY | U/PRICE | U/PRICE | U/PRICE | | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| W2018515 | JJACXYNC | | 380 | US$ | | | US | 1.22 | US | 463.60 |
| W2017520 | JJACXYNC | | 3,452 | US$ | | | US | 1.22 | US | 4,211.44 |
| W2017521 | JLACWYNC | | 2,718 | US$ | | | US | 1.13 | US | 3,071.34 |
| | | | 6,550 PCS | | | | US | 7,746.38 |

MANUFACTURER I.D.#        CNBOLIKSHE
CONTAINER NO.             MSKU6055710,MAEU6000176 (40'CONTAINER)
BILL OF LADING NO.        MAEU501016075
TOTAL NET NET WEIGHT :    4800 KGS
TOTAL NET WEIGHT :        5057 KGS
TOTAL GROSS WEIGHT :      6115 KGS
TOTAL MEASUREMENT :       112 CBM
TOTAL SHIPPED QUANTITY :  32,999 PCS
DIVISION NAME :           JONESWEAR
CODE:                     PAC
CLIENT :                  STOCK
COUNTRY OF ORIGIN :       CHINA
TOTAL FOB AMOUNT :        US$ 161,566.51

SAY : TOTAL U.S. DOLLARS ONE HUNDRED SIXTY ONE THOUSAND FIVE HUNDRED SIXTY SIX AND CENTS
FIFTY ONE ONLY.

"DRAWN UNDER L/C NO. TD605500055381-5 ISSUED BY BANK OF AMERICA,N.A. DATED : 04 MAR., 2005"

"SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS"

"6% SEPARATE BUYING COMMISSION BASED ON F.O.B. IS PAID ON THIS INVOICE"

For and on behalf of
**PYL APPAREL LIMITED**
太 平 洋 依 力 製 衣 有 限 公 司

# EXHIBIT 2

 **MAERSK LINE**

简体中文    Español    English    Sitemap    Search our

**Home    Our services    Media room    Careers    About us    Contact    Local websites**

Do business
» Log in
» Control cer
» Tracking
» My follow u
» Schedules
» Rates
» Booking
» Documenta
» Reports & a
» Credit term
» Claims
» My profile
» Process eff
» Customer a
» Learn more

Help & cont


» L
Let
an

» FAQ
» World map

Email servic
» Email track

**Our services**
» Containers
» Vessels
» E-commerce services
» Inland haulage
» Customs house brokerage
» Refrigerated services
» Dangerous cargo

Related information
» Do business
» Glossary
» Industry links

# Our services

As a leading, world-class ocean carrier, we offer you second-to-none, door-to-door transportation service. With more than 500 container vessels, 1,900,000 containers and our own terminals, trucks and trains we ensure that you get a reliable worldwide coverage. Our offices in more than 125 countries ensure that you and your cargo will receive an excellent service in all corners of the world.
» Schedules



## Containers and vessels

At your disposal is a vast and modern fleet of containers and vessels. From straightforward dry boxes to state-of-the-art controlled atmosphere reefers, we have the size and type of container to suit your needs. Our vessels are among the most modern, secure and environmentally friendly to sail the oceans. Your cargo is therefore assured a smooth and safe voyage.

## E-business

With our advanced e-business solutions you have access to accurate, online information and the opportunity to do business at your convenience. We offer you a comprehensive suite of business tools on the web, on your desktop and as Electronic Data Interchange (EDI).

In our Do business section we offer you a complete suite of e-business solutions. You can find schedules, view rates, make your bookings and shipping instructions as well as track your cargo. You can also view, verify, approve and print your transport documents, view your account statement and access updated reports. Fast, accurately and securely.

 Print version

Terms of use • Privacy policy • Website info • © A.P. Møller - Mærsk A/S. All rights reserved    A.P. Moller - M

# EXHIBIT 3

# MAERSK SEALAND

OR MULTIMODAL TRANSPORT

MAEU | 501016075

| Shipper | Booking No. |
|---|---|
| PYT APPAREL LIMITED<br>RM1101-02, 11/F STELUX HOUSE,<br>698 PRINCE EDWARD RD. EAST, SAN PO<br>KONG, KLN. TEL: 23285595<br>FAX: 23520211   CONTACT: MS.LAM | 18476 |

Export references

Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")

TO THE ORDER OF NORTON MCNAUGHTON
OF SQUIRE, INC.

Forwarder's name & address

| Notify Party (see clause 22) | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
|---|---|
| NORTON MCNAUGHTON OF SQUIRE, INC.<br>463 SEVENTH AVENUE, NEW YORK<br>NEW YORK, 10018, U.S.A.<br>ATTN : DONNA ARLORO | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |

| Vessel (see clause 1 + 19) | Voyage No. | Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| MARGRETHE MAERSK | 0506 | SOUTH HILL, VA |

| Port of Loading | Port of Discharge | |
|---|---|---|
| HONG KONG | NORFOLK | |

**PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

| Kind of packages; Description of goods; Marks and Numbers; Container No./Seal No. | Gross Weight | Measurement |
|---|---|---|
| | | |

SHIPPER'S LOAD, STOW, WEIGHT
AND COUNT
FREIGHT COLLECT
2 CONTAINER(S)

GARMENT ON
HANGER

32999 PCS.

KGS     611.5.000

CBM

112.000

MSKU6058710
40/VENT   8'6"
ML-HK3460128
MAEU6000176
40/VENT   8'6"
ML-HK3411692

CY / CY
LADIES' 100% POLYESTER WOVEN
SHIRT
STYLE:YEX   9993 PCS
LADIES' 100% POLYESTER WOVEN
BLOUSE
STYLE:YNC - 3832 PCS.
LADIES' 100% POLYESTER WOVEN

**ORIGINAL**

LADEN ON BOARD MARGRETHE MAERSK   0506 AT HONG KONG           ON APR 12 2005

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|
| BASIC FREIGHT   2.00 | 4050.00 | 40' | C | USD | | 8100.00 |
| BUNKER ADJUST FACTOR | 275.00 | S4 | C | USD | | 550.00 |
| CARGO DECLARATION | | SM | C | USD | | 25.00 |
| PANAMA CANAL SURCHAR | 115.00 | S4 | C | USD | | 230.00 |
| CARRIER SECURITY CHA | 6.00 | S4 | C | USD | | 12.00 |

EXCH.RATE 7.829700                    TOTAL PREPAID:

| Carrier's Receipt (see clauses 1 and 14)<br>Total number of containers or packages received by Carrier. | Declared Value (see clause 7.3) | SHIPPED, as far as ascertained by reasonable means of checking in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), each carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE FACE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Carrier will be entitled to give delivery of the Goods against what it reasonably believes to be a genuine original bill of lading. Delivery as aforesaid is authorised and shall constitute due delivery hereunder and the Merchant shall have no claim for loss or non-delivery. In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any others shall be void. |
|---|---|---|
| 2 CONTAINER(S) | Place of Issue of B/L<br>HONG KONG | |
| Number & Sequence of Original B(s)/L<br>FIRST   OF THREE | Date of Issue of B/L<br>APR 12 2005 | |

Signed for the Carrier A.P. Møller - Maersk A/S trading as Maersk Sealand

MAERSK HONG KONG LIMITED

As Agent(s) for the Carrier

 **MAERSK SEALAND**

ATTACHMENT NO.: 1 OF 1

MARKS & NUMBERS          DESCRIPTION

TOP
STYLE:YNC - 3832 PCS.

LADIES' 100% POLYESTER WOVEN
SKIRT.
STYLE:YND - 9906 PCS.
LADIES' 100% POLYESTER WOVEN
BLOUSE.
STYLE:YNC - 2718 PCS.
LADIES' 100% POLYESTER WOVEN
TOP
STYLE:YNC - 2718 PCS.

CODE : PAC

L/C NO. TD605500055381-5

INCLUDE STORE DOOR DELIVERY

THIS SHIPMENT CONTAIN NO SOLD
WOOD PACKING MATERIALS

ALSO NOTIFY:
BARTHCO INTL
5900 CORE AVE. SUITE 400
NORTH CHARLESTON, SC 29406
ATTN: BRIAN WILSON
TEL:843-744-1900 FAX:843-744-2450

| FUEL CHARGE | 50.00 | S4 | C | USD | 100.00 |
| HANGING EQUIP CHARGE | 650.00 | S4 | C | USD | 1300.00 |

# EXHIBIT 4

# NORFOLK MARITIME SURVEYORS, INC.

## MARINE SURVEYORS
700 BAKER ROAD, SUITE 109, VIRGINIA BEACH, VA 23462
TAX I.D. NO: 20-0301126

02 June 2006

**NMS File No.: 10499**

Re:     **Jones Apparel Group**
M/V "Margarethe Maersk", Voy. 0506
Odor Contaminated Container of Clothing
Container No. MAEU600017-6
17 May 2005

Your Ref No.: **10/0511127**

To:     **W.K. Webster (Overseas) Ltd.**
80 Maiden Lane
New York, NY 10038

Attn:  Mr. Stuart Shillibeer

Phone:      (212) 269-8220
Fax No.:    (212) 363-9726

P00000001 1

# NORFOLK MARITIME SURVEYORS, INC.
## MARINE SURVEYORS
### 700 BAKER ROAD, SUITE 109, VIRGINIA BEACH, VA
### 23462    TAX I.D. NO: 20-0301126
### E-MAIL ADDRESS:  NMSNORVA@VERIZON.NET

02 June 2006

Pursuant to the request on 16 May 2005, from Stuart Shillibeer, W.K. Webster (Overseas) Ltd., New York, NY, the Undersigned attended a survey on 17 May 2005, on the premises of the Jones Apparel Warehouse, South Hill, VA, to ascertain the nature and extent of damage reported to a shipment of ladies clothing shipped in a container onboard the M/V **"MARGARETHE MAERSK"** and discharged in Norfolk, VA, on or about 08 May 2005.

## *ATTENDING SURVEY*

Mr. Dan Sowers, Plant Manager and Ms. Vicky Walker, Quality Control Manager, Jones Apparel Group, South Hill, VA.

Mr. H.C. Mabie, Marine Surveyor, Norfolk Maritime Surveyors, Inc., Virginia Beach, VA, representing cargo interests.

## *MARKS AND NUMBERS*

B/L No. Hong Kong/Norfolk MAEU501016075
Container MSKU6058710
One 40-Foot Container STC
9,993 Pieces plus 3,832 Sets
Ladies 100% Polyester Woven Garments
Pacific Isle 5/30
Net Weight 2,794 Kgs.

Container MAEU600017-6
One 40-Foot Container STC
9,906 Pieces Plus 2,718 Sets
Ladies 100% Polyester Woven Garments
Pacific Isle 5/30

*Note:*  The container at issue under this Bill of Lading is MAEU600017-6. For a detailed breakdown of the various items shipped please see the attached shipping documents.

## *BACKGROUND*

Two 40 foot containers of ladies garments were shipped from Hong Kong to Norfolk under the same bill of lading. They were loaded on 12 April 2005 and arrived in Norfolk, on 08 May 2005.

P000000012

Mr. Shillibeer
Re: Jones Apparel Group
   M/V "MARGARETHE MAERSK"
Your Ref No.: 10/0511127
NMS File No.: 10499
02 May 2006
Page 2

## *BACKGROUND*  (Continued)

The garments in both containers were from the same shipper. Some of the garments sold as two piece matching sets were separated with half the set in one container and half in the second container.

After discharge, both containers were drayed from the terminal in Norfolk, to the consignee's warehouse in South Hill, VA. They arrived there on 10 May, and the doors to both containers were opened for stripping.

When the doors to MAEU600017-6 were opened it was reported that there was a very strong foul odor inside the container. Notes written on one document during the opening described it as a "Diesel Fuel Odor".

Warehouse personnel removed six garments selected at random from the container. Three were hung by themselves in an open area of the warehouse to air out naturally. The other three garments were sent to a local commercial dry cleaner.

The odor from the naturally aired garments remained strong after several days. The odor from the dry cleaned garments was reduced but remained very noticeable.

All the garments remained in the container.

All parties at interest were notified and a survey was requested.

The vessel employed the firm of National Marine Services of New Jersey to conduct a survey. They had an adjuster from North Carolina look at the clothing but he was unable to identify the source of the odor. This survey was done several days prior to ours.

The second container, MSKU605871-0, was stripped into the warehouse and the garments were all accepted as sound. There was no odor reported.

## *FOUND*

On 17 May 2005, we attended at the Jones Apparel Warehouse in South Hill, VA. Container MAEU600017-6 had been backed with its doors open to an open area of the main warehouse floor. As we approached the container from same distance across the open warehouse floor we were able to detect what in our opinion was an unpleasant chemical odor.

Mr. Shillibeer
Re: Jones Apparel Group
M/V "MARGARETHE MAERSK"
Your Ref No.: 10/0511127
NMS File No.: 10499
02 May 2006
Page 3

FOUND   (Continued)

The three garments that were selected to be hung up and aired out plus those that were dry cleaned were on a nearby rack. We found that as reported, the odor was still prevalent in all six garments.

We first walked around the exterior of the ten year old, 40 foot container. There were no visible tide lines or other possible sources of the odor. The only external discrepancies were minor indents and paint scrapes.

There were the remains of hazardous cargo placards adhering to the front and sides. These indicated that a flammable liquid had been carried in the container on a prior voyage.

The container had been stowed overall with 12,624 garments consisting of ladies blouses and skirts in various sizes. Each garment was on a separate individual plastic hanger and individually wrapped in a clear poly bag that was folded and tape closed at the bottom.

Each hanger was placed in a loop that was knotted in a piece of line suspended from removable steel beams. These were secured across the width of the container just under the roof paneling.

Approximately 14 of these lines were suspended across the width of each beam. Each line had 9 knotted loops and 9 hangers and garments were hung from each loop.

Prior to loading the garments the entire interior of the container was lined with large sheets of clear polyethylene that had been taped to the underside of the roof, the sides and the floor. A large flap of this material hung from the after end of the roof and separated the doors from the after face of stow.

We were able to enter the container and walk to the forward end down a narrow void along the left side paneling. We were unable to note anything unusual about the stow other than the odor that was detectable throughout the container.

We took samples of the clothing from the forward end, mid length and the door end. These samples were to be sent to an independent laboratory for testing.

It was the intention of the insured to destroy the odor contaminated clothing after the testing was completed. The sound garments that were a part of the two piece sets and stowed in the other container would be sold at a discount.

Mr. Shillibeer
Re: Jones Apparel Group
      M/V "MARGARETHE MAERSK"
Your Ref No.: 10/0511127
NMS File No.: 10499
02 May 2006
Page 4


FOUND  (Continued)

At the time of our survey there were 12,624 garments in the container with the foul odor. In addition there were 7,080 garments that were a part of matching sets the other half of which were in the contaminated container. This made a total of 19,704 garments at issue.

When we contacted the surveying company who represented the vessel, they stated that they were unable to determine the cause of the odor and that the container's previous cargo was some form of lumber.

Several days later when we contacted the surveying company again, they indicated that the containers previous contents may have been telephone poles.

On 23 May 2005, the samples of contaminated clothing along with a sound sample taken from the second container were forwarded to the laboratory EMSL Analytical Inc., of Westmont, NJ.

The initial results of the laboratory testing were forwarded to us on 24 June 2005.  The major volatile component found was Cyclohexane whose uses include a solvent for wood preservatives.

In speaking with the laboratory technicians they remarked that when the bag with the samples was first opened in the laboratory, one technician mentioned the odor reminded him of preserved wood.

On completion of the testing, permission was given to the insured to destroy the contaminated garments. The vessel's surveyor was invited but declined to attend the destruction.

On 30 July 2005, the garments were destroyed in an incinerator in Fairfax, Virginia. Prior to destruction all of the plastic wrapping and the garment hangers had to be individually removed by hand.

Commencing in September 2005, we began a series of telephone calls and fax messages for Mr. J. Donnalley, the Senior Vice President of Corporate Tax and Risk Management of the Jones Apparel Group in Bristol, PA. We were requesting the status of the sale of the related non-contaminated ladies blouses and the final amount of claim.

The final claim statement was not received until 31 May 2006.

P000000015

Mr. Shillibeer
Re: **Jones Apparel Group**
     M/V **"MARGARETHE MAERSK"**
Your Ref No.: **10/0511127**
NMS File No.: **10499**
02 May 2006
Page 5

### ANTICIPATED CLAIM

The insured has presented a claim of **$142,722.81** to include items such as lost profits that we are not able to comment upon. In reviewing that portion of the claim with which we are familiar we would comments as follows:

1.   The cost of destroying the damaged garments, **$5,700.00** does not appear on the claim statement.

2.   One of the items destroyed, PO No. W7017521, Style JLACWYNC, 2,718 units, is shown on the claim statement as having a unit cost of $5.28. On the invoice of the shipper, PYL Apparel Ltd., No. PYL-019/05-06 dated 12 April 2005, this item's unit price is given as $4.15. The remaining extended costs appear accurate and we would agree to them as fair and reasonable.

3.   The PO number of the item that was sold at a reduction does not match that given on the claim statement. The statement indicates that 6,729 units were sold while we were given the number of 7,080 blouses that would be sold at a discount. The claim statement gives a unit cost of $5.56 while the invoice price for the blouse with the highest cost was $4.34.

With a reported salvage sale of **$4.50** (average) per unit, we would agree to the sale as most fair and reasonable.

### CAUSE OF DAMAGE

In our opinion the cause of the odor which contaminated the garments originated from the cargo previously carried in the container.

Samples of the clothing tested by an independent laboratory found the predominate present of the chemical Cyclohexane. This chemical is in the material used to preserve wood. This previous cargo in the container was lumber, later identified as probably telephone poles. These are items that would definitely be treated with a wood preservative and in our opinion was the source of the odor.

Mr. Shillibeer
Re: **Jones Apparel Group**
        M/V **"MARGARETHE MAERSK"**
Your Ref No.: **10/0511127**
NMS File No.: **10499**
02 May 2006
Page 6

The above survey is a statement of opinion made, signed and submitted without prejudice to the rights and or interest of whom it may concern.

Respectfully,
**Norfolk Maritime Surveyors, Inc.**

H.C. Mabie
Marine Surveyor

HCM/mrt

Enclosures:  (1)    Photographs
             (2)    Bill of Lading
             (3)    Container Interchange Ticket
             (4)    Container Delivery Order
             (5)    Container Packing Lists
             (6)    Commercial Invoice
             (7)    Sample Chain of Custody Forms
             (8)    Preliminary Lab Results
             (9)    Final Laboratory Report
             (10)   Destruction Documents
             (11)   Invoice for Destruction of Garments
             (12)   Final Claim Statement
             (13)   Our Invoice for Services Rendered

# EXHIBIT 5















# EXHIBIT 6

RM. 1101-02 · 11/F · STELUX HOUSE · 69. ..INCE EDWARD
RD. EAST, SAN PO KONG , KOWLOON
TELEPHONE: (852) 2328 5595
...AX: (852) 2352 0211

# PACKING LIST

INVOICE NO. PYL-019/05-08

DATE: 11 APR., 2005
L/C NO. TD605500055381-5

SHIPPED PER: MARGRETHE MAERSK V.0508
DATE SHIPPED: 11 APR., 2005
FROM:   HONG KONG TO SOUTH HILL,U.S.A.

MARKS & NOS.:

PACKING DETAIL OF 40'CONTAINER(MAEU6000178).
DIMENSION OF CARTON : HANGING GARMENT
TOTAL GROSS WEIGH    2767    KGS.
TOTAL NET WEIGHT :    2253    KGS.
TOTAL SHIPPED :    9908    PCS. +    2718 SETS
GROUP: PACIFIC ISLE 5/30

GARMENT
ON
HANGER

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN BLOUSE+LADIES' 100% POLYESTER WOVEN TOP.

| BAR | STYLE NO. | COLOR | LOT ON. | | 4P | 6P | 8P | 10P | 12P | 14P | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JLACWYNC | BROWN CMB | W2017521B | STOCK | 259 | 293 | | | | | 552 SETS. |
| 2 | JLACWYNC | BROWN CMB | W2017521B | STOCK | | | 50 | 422 | 65 | | 537 SETS. |
| 3 | JLACWYNC | BROWN CMB | W2017521B | STOCK | | | | 451 | 96 | | 547 SETS. |
| 4 | JLACWYNC | BROWN CMB | W2017521B | STOCK | | | | | 500 | 48 | 548 SETS. |
| 5 | JLACWYNC | BROWN CMB | W2017521B | STOCK | | | | | | 534 | 534 SETS. |
| | | | | | | | | | | | 2718 SETS. |

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN SKIRT.

| BAR | STYLE NO. | COLOR | LOT ON. | | 4 | 6 | 8 | 10 | 12 | 14 | 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | JJACWYND | BROWN CMB | W2018513B | STOCK | 29 | 29 | 58 | 58 | 87 | 58 | 29 | 348 PCS. |
| 6 | JJACWYND | BROWN CMB | W2017518B | STOCK | 3 | 4 | 5 | 6 | 8 | 6 | 4 | 36 PCS. |
| 6 | JJACWYND | BROWN CMB | W2017518B | STOCK | 18 | 27 | 27 | 36 | 45 | 36 | 27 | 216 PCS. |
| 7 | JJACWYND | BROWN CMB | W2017518B | STOCK | 6 | 9 | 12 | 18 | 21 | 15 | 9 | 90 PCS. |
| 7 | JJACWYND | BROWN CMB | W2017518B | STOCK | 48 | 48 | 72 | 96 | 96 | 72 | 48 | 480 PCS. |
| 8 | JJACWYND | BROWN CMB | W2017518B | STOCK | 48 | 96 | 144 | 144 | 192 | | | 624 PCS. |
| 9 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | | | | 144 | 96 | 240 PCS. |
| 9 | JJACWYND | BROWN CMB | W2017518B | STOCK | 23 | 23 | 23 | 46 | 46 | 46 | 23 | 230 PCS. |
| 10 | JJACWYND | BROWN CMB | W2017518B | STOCK | 96 | 192 | 192 | 100 | | | | 580 PCS. |
| 11 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | | 188 | 288 | 100 | | 576 PCS. |
| 12 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | | | | 188 | 192 | 380 PCS. |
| 12 | JJACWYND | BROWN CMB | W2017518B | STOCK | 120 | 80 | | | | | | 200 PCS. |
| 13 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | 160 | 240 | 180 | | | 580 PCS. |
| 14 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | | 60 | 360 | 160 | | 580 PCS. |
| 15 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | | | | 80 | 240 | 320 PCS. |
| 15 | JJACWYND | BROWN CMB | W2017518B | STOCK | 144 | 121 | | | | | | 265 PCS. |
| 16 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | 276 | 273 | | | | 549 PCS. |
| 17 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | | | 420 | 150 | | 570 PCS. |
| 18 | JJACWYND | BROWN CMB | W2017518B | STOCK | | | | | | 138 | 144 | 282 PCS. |
| | | | | | | | | | | | | 7146 PCS. |

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN SKIRT.

| BAR | STYLE NO. | COLOR | LOT ON. | | 4P | 6P | 8P | 10P | 12P | 14P | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | JLACWYND | BROWN CMB | W2017522B | STOCK | 341 | | | | | | 341 PCS. |
| 19 | JLACWYND | BROWN CMB | W2017522B | STOCK | | 347 | 200 | | | | 547 PCS. |
| 20 | JLACWYND | BROWN CMB | W2017522B | STOCK | | | 240 | 350 | | | 590 PCS. |
| 21 | JLACWYND | BROWN CMB | W2017522B | STOCK | | | | 253 | 400 | | 653 PCS. |
| 22 | JLACWYND | BROWN CMB | W2017522B | STOCK | | | | | 197 | 432 | 629 PCS. |
| | | | | | | | | | | | 2760 PCS. |

*For and on behalf of*
PYL APPAREL LIMITED
太 平 洋 俄 力 製 衣 有 限 公 司

Authorized Signature(s)

P000000031

RD. EAST, SAN PO KONG , KOWLOON
TELEPHONE: (852) 2328 5595
FAX: (852) 2352 0211

# PACKING LIST

INVOICE NO. PYL-019/05-06

DATE: 11 APR., 2005
L/C NO. TD805500055381-5

SHIPPED PER: MARGRETHE MAERSK V.0506
DATE SHIPPED: 11 APR., 2005
FROM:    HONG KONG TO SOUTH HILL,U.S.A.

MARKS & NOS.:

GARMENT
ON
HANGER

PACKING DETAIL OF 40'CONTAINER(MAEU6000175).
DIMENSION OF CARTON : HANGING GARMENT
TOTAL GROSS WEIGH    2767    KGS.
TOTAL NET WEIGHT :    2263    KGS.
TOTAL SHIPPED :    9906    PCS. +    2718 SETS
GROUP: PACIFIC ISLE 5/30

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN BLOUSE+LADIES' 100% POLYESTER WOVEN TOP.

| STYLE NO. | COLOR | LOT ON. | | 4P | 6P | 8P | 10P | 12P | 14P | TOTAL |
|-----------|-------|---------|---|----|----|----|-----|-----|-----|-------|
| | | | SIZE RANGE: | | | | | | | |
| JLACWYNC | BROWN CMB | W2017521B | STOCK | 259 | 343 | 422 | 516 | 586 | 582 | 2718 SETS. COMPLETED |
| | | | | | | | | | | 2718 SETS. |

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN SKIRT.

| STYLE NO. | COLOR | LOT ON. | | 4 | 6 | 8 | 10 | 12 | 14 | 16 | TOTAL |
|-----------|-------|---------|---|---|---|---|----|----|----|----|-------|
| | | | SIZE RANGE: | | | | | | | | |
| JJACWYND | BROWN CMB | W2018513B | STOCK | 29 | 29 | 58 | 58 | 87 | 58 | 29 | 348 PCS. COMPLETED |
| JJACWYND | BROWN CMB | W2017518B | STOCK | 508 | 760 | 991 | 1147 | 1478 | 1135 | 783 | 6798 PCS. COMPLETED |
| | | | | | | | | | | | 7146 PCS. |

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN SKIRT.

| STYLE NO. | COLOR | LOT ON. | | 4P | 6P | 8P | 10P | 12P | 14P | TOTAL |
|-----------|-------|---------|---|----|----|----|-----|-----|-----|-------|
| | | | SIZE RANGE: | | | | | | | |
| JLACWYND | BROWN CMB | W2017522B | STOCK | 341 | 347 | 440 | 603 | 597 | 432 | 2760 PCS. COMPLETED |
| | | | | | | | | | | 2760 PCS. |

For and on behalf of
PYL APPAREL LIMITED
太 平 洋 倒 力 製 衣 有 限 公 司

·····························································
Authorized Signature(s).

P000000032

# EXHIBIT 7

RM. 1101-02 · 11/F · STELUX HOUSE · 698 · INCE EDWARD
RD. EAST, SAN PO KONG, KOWLOON
TELEPHONE: (852) 2328 5595
FAX: (852) 2352 0211

## PACKING LIST

INVOICE NO. PYL-019/05-06

DATE: 11 APR., 2005
L/C NO. TD605500055361-5

SHIPPED PER: MARGRETHE MAERSK V.0506
DATE SHIPPED: 11 APR., 2005
FROM:   HONG KONG TO SOUTH HILL, U.S.A.

MARKS & NOS.:

GARMENT
ON
HANGER

PACKING DETAIL OF 40'CONTAINER(MSKU6056710).
DIMENSION OF CARTON: HANGING GARMENT

| TOTAL GROSS WEIGH | 3348 | KGS. | |
| TOTAL NET WEIGHT : | 2794 | KGS. | |
| TOTAL SHIPPED : | 9993 | PCS.  + | 3832 SETS |

GROUP: PACIFIC ISLE 5/30

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN SKIRT.

| BAR | STYLE NO. | COLOR | LOT ON. | | 4P | 6P | 8P | 10P | 12P | 14P | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JLACXYBX | BERRY RED | W2017523B | STOCK | 341 | 347 | | | | | | 688 | PCS. |
| 2 | JLACXYBX | BERRY RED | W2017523B | STOCK | | | 432 | 200 | | | | 632 | PCS. |
| 3 | JLACXYBX | BERRY RED | W2017523B | STOCK | | | | 405 | 200 | | | 605 | PCS. |
| 4 | JLACXYBX | BERRY RED | W2017523B | STOCK | | | | | 404 | 200 | | 604 | PCS. |
| 5 | JLACXYBX | BERRY RED | W2017523B | STOCK | | | | | | 231 | | 231 | PCS. |
| | | | | | | | | | | | | 2760 | PCS. |

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN SKIRT.

| BAR | STYLE NO. | COLOR | LOT ON. | | 4 | 6 | 8 | 10 | 12 | 14 | 16 | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | JJACXYBX | BERRY RED | W2018514B | STOCK | 32 | 32 | 63 | 63 | 95 | 63 | 32 | 380 | PCS. |
| 6 | JJACXYBX | BERRY RED | W2017519B | STOCK | 23 | 23 | 23 | 46 | 46 | 46 | 23 | 230 | PCS. |
| 6 | JJACXYBX | BERRY RED | W2017519B | STOCK | 18 | 27 | 27 | 36 | 45 | 36 | 27 | 216 | PCS. |
| 6 | JJACXYBX | BERRY RED | W2017519B | STOCK | 6 | 9 | 12 | 18 | 21 | 15 | 9 | 90 | PCS. |
| 6 | JJACXYBX | BERRY RED | W2017519B | STOCK | 3 | 4 | 5 | 6 | 8 | 6 | 4 | 38 | PCS. |
| 7 | JJACXYBX | BERRY RED | W2017519B | STOCK | 48 | 48 | 72 | 96 | 96 | 72 | 48 | 480 | PCS. |
| 7 | JJACXYBX | BERRY RED | W2017519B | STOCK | 48 | 96 | | | | | | 144 | PCS. |
| 8 | JJACXYBX | BERRY RED | W2017519B | STOCK | | | 144 | 144 | 192 | 144 | 96 | 720 | PCS. |
| 9 | JJACXYBX | BERRY RED | W2017519B | STOCK | 96 | 192 | 192 | 150 | | | | 630 | PCS. |
| 10 | JJACXYBX | BERRY RED | W2017519B | STOCK | | | | 138 | 288 | 200 | | 626 | PCS. |
| 11 | JJACXYBX | BERRY RED | W2017519B | STOCK | | | | | | 88 | 192 | 280 | PCS. |
| 11 | JJACXYBX | BERRY RED | W2017519B | STOCK | 120 | 240 | | | | | | 360 | PCS. |
| 12 | JJACXYBX | BERRY RED | W2017519B | STOCK | | | 240 | 240 | 140 | | | 620 | PCS. |
| 13 | JJACXYBX | BERRY RED | W2017519B | STOCK | | | | 220 | 240 | 160 | | 620 | PCS. |
| 14 | JJACXYBX | BERRY RED | W2017519B | STOCK | | | | | | 80 | | 80 | PCS. |
| 14 | JJACXYBX | BERRY RED | W2017519B | STOCK | 145 | 144 | 281 | | | | | 570 | PCS. |
| 15 | JJACXYBX | BERRY RED | W2017519B | STOCK | | | | 291 | 340 | | | 631 | PCS. |
| 16 | JJACXYBX | BERRY RED | W2017519B | STOCK | | | | | 82 | 291 | 147 | 520 | PCS. |
| | | | | | | | | | | | | 7233 | PCS. |

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN BLOUSE+LADIES' 100% POLYESTER WOVEN TOP.

| BAR | STYLE NO. | COLOR | LOT ON. | | 4 | 6 | 8 | 10 | 12 | 14 | 16 | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | JJACXYNC | BERRY RED | W2018515B | STOCK | 32 | 32 | 63 | | | | | 127 | SETS |
| 17 | JJACXYNC | BERRY RED | W2018515B | STOCK | | | | 63 | 95 | 63 | 32 | 253 | SETS |
| 17 | JJACXYNC | BERRY RED | W2017520B | STOCK | 23 | 23 | 23 | 46 | 46 | 46 | 23 | 230 | SETS |
| 17 | JJACXYNC | BERRY RED | W2017520B | STOCK | 3 | 4 | 5 | 6 | 8 | 6 | 4 | 36 | SETS |
| 17 | JJACXYNC | BERRY RED | W2017520B | STOCK | 6 | 9 | 12 | 18 | 21 | 15 | 9 | 90 | SETS |
| 18 | JJACXYNC | BERRY RED | W2017520B | STOCK | 48 | 48 | 72 | 96 | 96 | 72 | 48 | 480 | SETS |
| 18 | JJACXYNC | BERRY RED | W2017520B | STOCK | 18 | 27 | 27 | 36 | 45 | 36 | 27 | 216 | SETS |
| 19 | JJACXYNC | BERRY RED | W2017520B | STOCK | 48 | 96 | 144 | 144 | 192 | | | 624 | SETS |
| 20 | JJACXYNC | BERRY RED | W2017520B | STOCK | | | | | | 144 | 96 | 240 | SETS |
| 20 | JJACXYNC | BERRY RED | W2017520B | STOCK | 99 | 189 | 60 | | | | | 348 | SETS |
| 21 | JJACXYNC | BERRY RED | W2017520B | STOCK | | | | 135 | 289 | 160 | | 584 | SETS |
| 22 | JJACXYNC | BERRY RED | W2017520B | STOCK | | | | | 129 | 282 | 193 | 604 | SETS |
| | | | | | | | | | | | | 3832 | SETS |

*For and on behalf of*
PYL APPAREL LIMITED
太平洋俊力製衣有限公司

.......................................
*Authorized Signature(s)*

RM. T101-02 , 11/F , STELUX HOUSE , 698 PRINCE EDWARD
RD. EAST, SAN PO KONG , KOWLOON
TELEPHONE: (852) 2328 5595
FAX: (852) 2352 0211

# PACKING LIST

INVOICE NO. PYL-019/05-06

DATE: 11 APR., 2005
L/C NO. TD605500055381-5

SHIPPED PER: MARGRETHE MAERSK V.0505
DATE SHIPPED: 11 APR., 2005
FROM:   HONG KONG TO SOUTH HILL,U.S.A.

MARKS & NOS.:

GARMENT
ON
HANGER

PACKING DETAIL OF 40'CONTAINER(MSKU6055710).
DIMENSION OF CARTON : HANGING GARMENT
TOTAL GROSS WEIGH      3348      KGS.
TOTAL NET WEIGHT :     2794      KGS.
TOTAL SHIPPED :        9993      PCS. +    3832 SETS
GROUP: PACIFIC ISLE 5/30

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN SKIRT.

| STYLE NO. | COLOR | LOT ON. | | 4P | 6P | 8P | 10P | 12P | 14P | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JLACXYBX | BERRY RED | W2017523B | STOCK | 341 | 347 | 432 | 605 | 604 | 431 | 2760 | PCS. COMPLETED |
| | | | | | | | | | | 2760 | PCS. |

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN SKIRT.

| STYLE NO. | COLOR | LOT ON. | | 4 | 6 | 8 | 10 | 12 | 14 | 16 | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JJACXYBX | BERRY RED | W2018514B | STOCK | 32 | 32 | 63 | 63 | 95 | 63 | 32 | 380 | PCS. COMPLETED |
| JJACXYBX | BERRY RED | W2017519B | STOCK | 507 | 783 | 996 | 1185 | 1478 | 1138 | 788 | 6853 | PCS. COMPLETED |
| | | | | | | | | | | | 7233 | PCS. |

DESCRIPTION: 'LADIES' 100% POLYESTER WOVEN BLOUSE+LADIES' 100% POLYESTER WOVEN TOP.

| STYLE NO. | COLOR | LOT ON. | | 4 | 6 | 8 | 10 | 12 | 14 | 16 | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JJACXYNC | BERRY RED | W2018515B | STOCK | 32 | 32 | 63 | 63 | 95 | 63 | 32 | 380 | SETS COMPLETED |
| JJACXYNC | BERRY RED | W2017520B | STOCK | 245 | 398 | 478 | 635 | 897 | 601 | 400 | 3452 | SETS COMPLETED |
| | | | | | | | | | | | 3832 | SETS |

*For and on behalf of*
PYL APPAREL LIMITED
太平洋佳力製衣有限公司

.................................................
*Authorized Signature(s)*

# EXHIBIT 8



# NATIONAL MARINE CONSULTANTS INC.

236 Ernston Road, Parlin, N.J. 08859 ▪ Tel. 732-553-9210 ▪ Fax. 732-553-9215
e-mail: nmci@natmar.com, web site : www.natmar.com

## PRELIMINARY REPORT OF SURVEY

Report no.: N 59116/05                          May 18, 2005

---

Examined for      :  The account of whom it may concern.
Requested by      :  Maersk Sealand, Charleston, SC
                     (Ms. Trudy Coffey)
Vessel            :  Margrethe Maersk, Voy. #0506
Date/time survey requested: May 11, 2005 @ 1210 Hours
Date survey commenced      : May 12, 2005
Date survey completed      : May 12, 2005
Container No.     :  MAEU 600017-6 (20')
B/L Number        :  MAEU501016075
Shipment          :  15,347 pieces garments
Purpose of Survey: To ascertain the cause and extent of
                     damage.
Shipper           :  PYL Apparel Limited
                     RM 1101-02, 11/F Stelux House
                     698 Prince Edward Rd. East
                     Sao Po Kong, KLN
Consignee         :  To order of Norton McNaughton of Squire
                     Inc.
Value of Shipment: Unknown

---

On May 12, 2005, we attended at the premises of Jones
Apparel Warehouse, 170 Butts Street, South Hills, Virginia,
in order to examine the subject shipment and report on
conditions sighted.

## Background information

On May 11, 2005, the warehouse opened the subject
container and a strong diesel odor was emanating from the
cargo. Three samples were pulled and sent for dry cleaning.

---

ISO 9001:2000 Certified Quality System and ISO/IEC 17020 Accredited

*New York, Philadelphia, Baltimore, Norfolk, Wilmington(NC), Savannah, Miami, Tampa, New Orleans, Houston,
Los Angeles, Port Hueneme, Oakland, Seattle and throughout all points in the U.S., Canada, Europe & Worldwide*

National Marine Consultants Inc.
N 59116/05     Margrethe Maersk         -2-


The three samples after dry cleaning still retained the odor
even though there were no stains on any of the clothing.

     Our principals therefore requested us to inspect the
cargo and container and report on conditions sighted.

### Cargo Underwriters Information

     This information was not made available to us, but Mr.
Hal Mabee, of Norfolk Maritime, the Surveyors representing
the Cargo Underwriters examined the cargo at a later date.

### Persons attending during the survey

     Ms. Vicky Walker of Jones Apparel Warehouse was present
during our inspection.

### Shipment Description

     The subject shipment is said to comprise of 15,347
pieces of ladies garments.

### Cargo stowage and condition in stow

     The garments were hanging from the ceiling with the
sides and floor lined by plastic sheets.  The skirts and
blouses were hanging on a corded rope in loops and on
plastic hangers in five rows.

     We noted a strong odor inside the container.


### Container Information

1.   **Roof panel**    :    No exceptions noted.

2.   **Side panels**

     Right side   :  :    Old minor dents and rust areas.
     Left side    :       Old minor dents and rust areas.

National Marine Consultants Inc.
N 59116/05    Margrethe Maersk        -3-


3.    Front panel    :    Old minor dents and rust areas.

4.    Door panels

      Right door    :    No exceptions noted.
      Left door     :    No exceptions noted.

5.    Remarks       :    There were "Flammable/Hazardous"
                         stickers that had been attempted to
                         be removed and parts of the warning
                         stickers were still visible.  These
                         stickers were located on left and
                         right panels, as well as the doors.


## Condition of the shipment (findings)

The strong odor could be smelt even from 20-30 feet of
the container.  The odor appeared stronger at the rear end
than at the front of the container.  The odor appears to be
absorbed within all the garments.  Even though the doors had
been opened about 2 hours prior to our inspection, the
strong odor still prevailed within the container and the
cargo.  Even dry cleaned pieces of garments retained the
odor.  We did not see any stains of soil markings on the
clothes.

Our surveyor was of the opinion that the odor was more
chemical than of diesel fuel.


## Salinity Tests

No water damage was noted or reported and hence, a
salinity test was not necessary.


## Probable cause of the damage

The previous cargo was lumber and the shipper confirmed
that there was no smell during loading of the cargo.

National Marine Consultants Inc.
N 59116/05    Margrethe Maersk        -4-


    We should also look into the location of the container
on the vessel to see if the smell emanated from the hold.


    This preliminary report is based on facts presently
know to the surveyor in attendance and is issued without
prejudice to the rights of whom it may concern.  The right
to amend or supplement this report should additional
information be made available is reserved.


                    National Marine Consultants Inc.



PV/ste                        _____ _Saykut_ _____