565-06/GMV
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant Maersk
80 Pine Street
New York, New York 10005
(212) 425-1900
Gina M. Venezia (GV 1551)
William J. Pallas, Esq. (WP 6201)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTON MCNAUGHTON OF SQUIRE,
INC., JONES APPAREL GROUP, INC.,

Plaintiffs,

-against -

M/V MARGRETHE MAERSK, *in rem,* Maersk
Line, Maersk Sealand,

Defendants

07 CV 3716 (RWS)

**NOTICE OF MOTION FOR
FOR SUMMARY JUDGMENT
PURSUANT TO RULE 56**

PLEASE TAKE NOTICE that upon the annexed Declaration of Massoud Messkoub, the attachments thereto, the Memorandum of Law in Support hereof, the Defendant's Statement of Uncontested Material Facts, and the pleadings and discovery responses in this matter, Defendant A.P. Moller-Maersk A/S ("Maersk") will move this Court before the Honorable Robert W. Sweet, at the United States Courthouse, 500 Pearl Street, New York, New York, on the **28th day of November 2007 at 12:00 noon**, or as soon thereafter as counsel can be heard, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment limiting Plaintiffs' damages to $500.00 per package (a total of $1,000.00), based upon the package limitation provisions of the United States Carriage of Goods by Sea Act, and the provisions of

Maersk's Bill of Lading, and for such other, further or different relief as may deem just and proper.

Pursuant to the Court's Local Rules, any opposing affidavits and answering memoranda shall be served by November 19, 2007, and any reply by November 26, 2007.

Dated: New York, New York
       November 5, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Defendant MAERSK

                    BY:             _____
                                    GINA M. VENEZIA (GV 1551)
                                    WILLIAM J. PALLAS (WP 6201)
                                    80 Pine Street
                                    New York, New York 10005
                                    (212) 425-1900

TO:    DUANE MORRIS LLP
       Attorneys for Plaintiffs
       744 Broad Street, Suite 1200
       Newark, New Jersey 07102
       Attention: Alissa M. Ryder
       (973) 424-2000

STATE OF NEW YORK    :
                                      : ss.:
COUNTY OF NEW YORK :


I, WILLIAM J. PALLAS, being duly sworn say:

I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, New York   10005.   On November 5, 2007, I served the within **NOTICE OF MOTION, DECLARATION, MEMORANDUM OF LAW and STATEMENT OF UNCONTESTED MATERIAL FACTS** upon:

Duane Morris LLP
744 Broad Street
Suite 1200
Newark, New Jersey 07102
Attn:  Alissa M. Ryder


at the above address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper into the custody of Federal Express for overnight delivery, prior to the latest time designated by the overnight delivery service for overnight delivery.

William J. Pallas


Sworn to before me on the
5th day of November 2007

Notary Public

**JOAN** SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2009