UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

NORTON McNAUGHTON OF SQUIRE, INC. AND
JONES APPAREL GROUP, INC.,

        Plaintiff,

  - against -

M/V MARGRETHE MAERSK,

        Defendant.

------------------------------------------X

07 Civ. 3716 (RWS)

O R D E R

**Sweet, D.J.,**

    Plaintiffs' cross-motion for summary judgment, dated November 19, 2007 will be heard at noon on Wednesday, January 16, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**November 28, 2007**

                                ROBERT W. SWEET
                                    U.S.D.J.