```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
Norton McNaughton of Squire, Inc.,
Jones Apparel Group Inc.


                    Plaintiff(s)        07 Civ. 3716 (RWS)
        vs.
                                             ORDER
A.P. Moller-Maersk A/S.



                    Defendant(s)
------------------------------------
```

Pursuant to the letter submitted to the Court by counsel for plaintiff dated January 22, 2008 and the Court having been advised that this action is settled, IT IS ORDERED that the Clerk of the Court terminate all pending motions and the action is dismissed.

**IT IS SO ORDERED.**

New York, N. Y.

DATE: 1-28-08

_____
ROBERT W. SWEET
**UNITED STATES DISTRICT JUDGE**